# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 18, 2023

*By the Court*:

| No. 23-1311 | JOHN KAAGE,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>OAKWOOD LUTHERAN SENIOR MINISTRIES INC. and OAKWOOD VILLAGE UNIVERSITY WOODS HOMES, INC.,<br>　　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00796-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson, | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on April 17, 2023, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)